AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 9 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |  |
| DONALD RUSSELL LOCKE, JR. | ) | Case Number:  4:12cr00194-01  JMM |
|  | ) | USM Number: 27175-009 |
|  | ) |  |
|  | ) | Charles A. Banks |
|  |  | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)      1 of Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC §§ 922(d) & 924(a)(2) | Sale of a Firearm to a Convicted Felon | 8/20/2010 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/9/2012
Date of Imposition of Judgment

_Jame M Moody_
Signature of Judge

James M. Moody                         US District Judge
Name and Title of Judge

11/9/2012
Date

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
            Sheet 4—Probation

Judgment—Page    2    of    5

DEFENDANT:   DONALD RUSSELL LOCKE, JR.
CASE NUMBER:   4:12cr00194-01 JMM

# PROBATION

The defendant is hereby sentenced to probation for a term of :

**FOUR (4) YEARS**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☑   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
          Sheet 4C — Probation

Judgment—Page    3    of    5

DEFENDANT:   DONALD RUSSELL LOCKE, JR.
CASE NUMBER:   4:12cr00194-01  JMM

## SPECIAL CONDITIONS OF SUPERVISION

1)  The defendant shall no longer be involved in the firearms business, including holding a Federal Firearms License (FFL) or Federal Explosives License (FEL), working at an FFL or FEL, or in any way associating himself with a FFL or FEL, either personally or through an entity.

DEFENDANT:   DONALD RUSSELL LOCKE, JR.
CASE NUMBER:   4:12cr00194-01 JMM

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐   Restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT:  DONALD RUSSELL LOCKE, JR.
CASE NUMBER:  4:12cr00194-01 JMM

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __100.00__ due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:
    SEE ATTACHED LIST AS EXHIBIT 'A'

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



4:12cr00194-01 JMM

USA V. DONALD RUSSELL LOCKE, JR.

**ATTACHMENT TO PAGE 5 OF JUDGMENT**

1. One Colt, Model Police Positive, 32-20 caliber revolver, bearing serial number 92293,

2. One Remington, Model 1187, 12 gauge shotgun, bearing serial number PC168105,

3. One Benelli, Model Nova, 12 gauge shotgun, bearing serial number Z052295,

4. One Remington, Model 550, .22 caliber rifle, with no serial number,

5. One Mossberg, Model 550, 12 gauge shotgun, with no serial number,

6. One Remington, Model 742, 30-06 caliber rifle, bearing serial number 72034,

7. One Franchi, Model Brescia, 12 gauge shotgun, bearing serial number 130612,

8. One unknown manufacturer, Model 150, .22 caliber rifle, bearing serial number 69207917,

9. One Mossberg, Model 183T, .410 gauge shotgun, bearing serial number 1081561,

10. One Savage, Model 820B, 12 gauge shotgun receiver/frame, with no serial number,

11. One Ithaca, Model 49, .22 caliber rifle receiver/frame, bearing serial number 490563292,

12. One Ithaca, Model 37, 12 gauge shotgun, bearing serial number USA0900,

13. One Winchester, Model 1897, 12 gauge shotgun, bearing serial number 237310,

14. One Mossberg, Model R310AB, 12 gauge shotgun, bearing serial number G425457,

15.   One Mossberg, Model M550AD, 12 gauge shotgun receiver/frame, bearing
        serial number C05186,

16.   One Ithaca, Model 49, .22 caliber rifle, bearing serial number 490549426,

17.   One Taurus, .22 caliber revolver, bearing serial number 60493,

18.   One New England rifle, bearing serial number NM365704,

19.   One Remington, Model 11, 12 gauge shotgun, bearing serial number 375064,

20.   One Remington, Model 29, 12 gauge shotgun receiver/frame, bearing
        serial number 11167,

21.   One Savage, Model 170, 30-30 caliber rifle receiver/frame, bearing serial
        number B387164,

22.   One Savage, Model 3A, .22 caliber rifle, with no serial number,

23.   One Harrington and Richardson, 12 gauge shotgun, with no serial number,

24.   One Iver Johnson, Model Champion, 12 gauge shotgun, bearing serial
        number 23843XF,

25.   One Weatherby, Model Orion, 12 gauge shotgun receiver/frame, bearing
        serial numberE001525,

26.   One Ramline Inc., Model SynTech, .22 caliber pistol, bearing serial number
        P54105613,

27.   One Weatherby, Model Mark V, 7mm caliber rifle, bearing serial number
        H244523,

28.   One Weatherby, Model Mark V, 7mm caliber rifle, bearing serial number
        H244521,

29.   One Browning, Model Stalker Boss, 30-06 caliber rifle, bearing serial
        number 41090NW8S7,

30.   One Browning, Model X-Bolt Stnls Stalker, .270 caliber rifle, bearing
        serial number 66707NW8S7,

31.   One Browning, Model A-Bolt, .270 caliber rifle, bearing serial number
        89135NW817,

32.   One Benelli, Model SBE, 12 gauge shotgun, bearing serial number U043784,

33.   One Benelli, Model Super 90, 12 gauge shotgun, bearing serial number M260984,

34.   One Mossberg, Model 9200, 12 gauge shotgun, bearing serial number SF3556,

35.   One New England, Model SB2, 30-30 caliber rifle, bearing serial number NM315531,

36.   One Weatherby, Model Mark V, .257 caliber rifle, bearing serial number SB059210,

37.   One Browning, Model BPS, 12 gauge shotgun, bearing serial number 08647NP121,

38.   One Browning, Model Gold, 12 gauge shotgun, bearing serial number 113NN29613,

39.   One Browning, Model A5, 12 gauge shotgun, bearing serial number 200FT0297,

40.   One Remington, Model 597, .22 caliber rifle, bearing serial number 2797094,

41.   One Browning, Model Gold, 12 gauge shotgun, bearing serial number 113MM20746,

42.   One Benelli, Model Franchi, 12 gauge shotgun, bearing serial number AH24955,

43.   One Browning, Model BAR, .300 caliber rifle, bearing serial number 311MMZ24781,

44.   One Browning, Model BAR, .300 caliber rifle, bearing serial number 311MZ03707,

45.   One Winchester, Model 94, 30-30 caliber rifle, bearing serial number 6422647,

46.   One Remington, Model 597, .22 caliber rifle, bearing serial number 2945376M,

47.   One Remington, Model 870, 12 gauge shotgun, bearing serial number C685078M,

48.     One Benelli, Model Franchi 912, 12 gauge shotgun, bearing serial number
       AH40203,

49.     One Howa, Model Legacy, .270 caliber rifle, bearing serial number B077605,

50.     One Browning, Model BPS, 12 gauge shotgun, bearing serial number
       27737MM121,

51.     One Winchester, Model 9422, .22 caliber rifle, bearing serial number
       F748705,

52.     One Benelli, Model 912, 12 gauge shotgun, bearing serial number AH35402,

53.     One Remington, Model 912, 12 gauge shotgun, bearing serial number
       DE31764,

54.     One Browning, Model Stalker, 7mm rifle, bearing serial number
       311MZ15389,

55.     One Franchi, Model 912, 12 gauge shotgun, bearing serial number AH34162,

56.     One Remington, Model 673, .243 caliber rifle, bearing serial number
       7793762,

57.     One New England, Model SSI, 17HMR caliber rifle, bearing serial number
       NU278926,

58.     One Browning, Model Stalker, .223 caliber rifle, bearing serial number
       75560MW351,

59.     One Stoeger, Model 2000, 12 gauge shotgun, bearing serial number 642406,

60.     One Weatherby, Model 308, .308 caliber rifle, bearing serial number
       VS345178,

61.     One Remington, Model 700, .270 caliber rifle, bearing serial number
       G6722883,

62.     One Weatherby, Model Vanguard, .308 caliber rifle, bearing serial number
       VS350718,

63.     One Weatherby, Model Vanguard, .308 caliber rifle, bearing serial number
       VS350684,

64.     One Weatherby, Model Vanguard, 30-06 caliber rifle, bearing serial number
       VS355815,

65. One Weatherby, Model Mark V, .300 caliber rifle, bearing serial number SB016960,

66. One Remington, Model 700, 25-06 caliber rifle, bearing serial number G6867337,

67. One German Sports Guns, Model Derringer, .22 caliber pistol, bearing serial number 51967,

68. One Mossberg, Model 935, 12 gauge shotgun, bearing serial number AM057135,

69. One Rossi, Model Matched Pair, .410 gauge shotgun, bearing serial number S411220BS,

70. One Remington, Model 700, .270 caliber rifle, bearing serial number S6543940,

71. One Weatherby, Model Vanguard Youth, .243 caliber rifle, bearing serial numberVS383187,

72. One Weatherby, Model Vanguard, 30-06 caliber rifle, bearing serial number VS378187,

73. One Weatherby, Model Vanguard, .270 caliber rifle, bearing serial number VS381129,

74. One Weatherby, Model Vanguard Thumbhole, .300 caliber rifle, bearing serial number VS380668,

75. One Winchester, Model 1885 low wall, .22 caliber rifle, bearing serial number 000EFH0261,

76. One Weatherby, Model Mark V Deluxe, .257 caliber rifle, bearing serial number PB032430,

77. One Remington, Model 1187 Premier, 20 gauge shotgun, bearing serial number DE34772,

78. One Browning, Model A5, 16 gauge shotgun, bearing serial number 71S4269,

79. One Remington, Model 1187 Premier, 12 gauge shotgun, bearing serial number DE30265,

80. One Weatherby, Model Sporter, .17 REM caliber rifle, bearing serial number VS378874,

81.   **One Weatherby, Model Youth, .308 caliber rifle, bearing serial number VS383003,**

82.   **One Weatherby, Model Vanguard, .243 caliber rifle, bearing serial number VS363857,**

83.   **One Weatherby, Model Vanguard, 30-06 caliber rifle, bearing serial number VS378124,**

84.   **One Weatherby, Model Vanguard, 30-06 caliber rifle, bearing serial number VS378117,**

85.   **One Smith and Wesson, Model I-Bolt, .270 caliber rifle, bearing serial number IBR3775,**

86.   **One Tikka, Model T3, .270 caliber rifle, bearing serial number B02856A,**

87.   **One Mauser, Model 3000, 7mm caliber rifle, bearing serial number 92342,**

88.   **One Winchester, Model SX3 (Super X Rifle), .270 caliber rifle, bearing serial number 31AMR05551,**

89.   **One Remington, Model 870, 16 gauge shotgun, bearing serial number D231620W,**

90.   **One Browning, Model A-Bolt, .270 caliber rifle, bearing serial number 35407MY351,**

91.   **One Weatherby, Model Vanguard, .300 caliber rifle, bearing serial number VS187555,**

92.   **One Weatherby, Model Vanguard, .300 caliber rifle, bearing serial number VS132658,**

93.   **One Marlin, Model 75C, .22 caliber rifle, bearing serial number 23350923,**

94.   **One Harrington and Richardson, Model 1212, 12 gauge shotgun, bearing serial number 164284,**

95.   **One Weatherby, Model Vanguard, .300 caliber rifle, bearing serial number VS172676,**

96.   **One Browning, Model Auto 22, .22 caliber rifle, bearing serial number 02308MV212,**

97.  One Weatherby, Model Vanguard, .22-250 caliber rifle, bearing serial number VS351860,

98.  One Weatherby, Model Vanguard, .270 caliber rifle, bearing serial number VS204091,

99.  One Mossberg, Model 500, 29 gauge shotgun, bearing serial number R653219,

100.  One Yugoslavia, model SKS, 7.62 caliber rifle, bearing serial number 217466,

101.  One Ithaca, Model 72, .22 caliber rifle, bearing serial number 76000718,

102.  One Weatherby, Model Vanguard, .300 caliber rifle, bearing serial number VS197911,

103.  One Norinco, Model SKS, 7.62 caliber rifle, bearing serial number 11367436,

104.  One Remington, Model 700, .300 caliber rifle, bearing serial number G6523429,

105.  One Winchester, Model 50, 12 gauge shotgun, bearing serial number 156031A,

106.  One Remington, Model 7400, .270 caliber rifle, bearing serial number C8056437,

107.  One Savage, Model Chipmunk, .243 caliber rifle, bearing serial number G562460,

108.  One Ithaca, Model 37, 12 gauge shotgun, bearing serial number M370018710,

109.  One Weatherby, Model Vanguard, .270 caliber rifle, bearing serial number VS247485,

110.  One Norinco, Model SKS, 7.62 caliber rifle, bearing serial number A23061965,

111.  One Savage, Model 10, .308 caliber rifle, bearing serial number G572487,

112.  One New England, Model SB2, .243 caliber rifle/20 gauge shotgun combination, bearing serial number NR310659,

113.  One Kral, Model Kral Magnum, 12 gauge shotgun, bearing serial number A00853,

114.   One Remington, Model 870, 20 gauge shotgun, bearing serial number AB383589U,

115.   One Weatherby, Model Vanguard, .270 caliber rifle, bearing serial number VS278711,

116.   One Marlin, Model XL7, 30-06 caliber rifle, bearing serial number 91907109,

117.   One Marlin, Model XL7, .270 caliber rifle, bearing serial number 91791498,

118.   One Browning, Model A5, 12 gauge shotgun, bearing serial number 09201PN211,

119.   One Remington, Model 700, 7mm caliber rifle, bearing serial number S6529872,

120.   One Rossi, Model Youth, 20 gauge shotgun/.22 caliber rifle combination, bearing serial number SP758687,

121.   One Rossi, Model Combo SS, .243 caliber rifle/20 gauge shotgun combination, bearing serial number SP763927,

122.   One Savage, Model 11, .243 caliber rifle, bearing serial number G368524,

123.   One New England, Model Pardner, 12 gauge shotgun, bearing serial number NB333814,

124.   One Enfield, Model 303 Braztech, .303 caliber rifle, bearing serial number 85386,

125.   One Harrington and Richardson, Model JC Higgins/Sears 583.21, 16 gauge shotgun, with no serial number,

126.   One Keystone Sporting Arms, Model Cricket, .22 caliber rifle, bearing serial number 461991,

127.   One Ruger, Model 10/22, .22 caliber rifle, bearing serial number 35858490,

128.   One Marlin, Model 336, 30-30 caliber rifle, bearing serial number MR58824B,

129.   One Benelli, Model Super Nova, 12 gauge shotgun, bearing serial number Z594888Y,

130.   One Weatherby, Model SUB MOA, .270 caliber rifle, bearing serial number VS255211,

131. One Benelli, Model Super Nova, 12 gauge shotgun, bearing serial number Z594887W,

132. One Benelli, Model Super Black Eagle II, 12 gauge shotgun, bearing serial number U439676E,

133. One Benelli, Model Super Nova, 12 gauge shotgun, bearing serial number Z595075Z,

134. One Winchester, Model 70, .270 caliber rifle, bearing serial number G2453426,

135. One Benelli, Super Model Super Vinci, 12 gauge shotgun, bearing serial number CH009568V,

136. One Stoeger, Model Cougar 8045, .45 caliber pistol, bearing serial number T642911H00794,

137. One Stoeger, Model Uplander, .410 gauge shotgun, bearing serial number C66962511,

138. One Taurus, Model 738TLP, .380 caliber pistol, bearing serial number 21611C,

139. One Browning, Model BPS, 10 gauge shotgun, bearing serial number 08507NZ192,

140. One Colt, Model Government, .45 caliber pistol, bearing serial number 2808431,

141. One Sundance Industries Inc., Model A25, .25 caliber pistol, bearing serial number 23439,

142. One Browning, .22 caliber pistol, bearing serial number 66748P6,

143. One Weatherby, Model Deluxe, .300 caliber rifle, bearing serial number PB022135,

144. One unknown manufacturer, Model Red Jacket, .32 caliber revolver, bearing serial number 56587,

145. One High Standard, Model 103, .22 caliber pistol, bearing serial number 2426233,

146. One Hartford Arms, .22 caliber pistol, bearing serial number 4936,

147. One Winchester, Model 1912, 12 gauge shotgun, bearing serial number 150324,

148.   One Weatherby, Model Accumark, .300 caliber rifle, bearing serial number PB022377,

149.   One Springfield Armory, Model 187J, .22 caliber rifle, with no serial number,

150.   One Weatherby, Model Mark XXII, .17 caliber rifle, bearing serial number AS005220,

151.   One Remington, Model 7400, .243 caliber rifle, bearing serial number C8068255,

152.   One Smith & Wesson, Model 916, 12 gauge shotgun, bearing serial number BC15501,

153.   One Harrington and Richardson, Model Sportster, 17HMR caliber rifle, bearing serial number NU301766,

154.   One Rossi, Model Matched Pair, 20 gauge shotgun/.243 rifle combination, bearing serial number S20243YBS,

155.   One Remington, Model 770, .270 caliber rifle, bearing serial number 71483233,

156.   One Remington, Model 58, 20 gauge shotgun, bearing serial number 121785X,

157.   One Weatherby, Model Vanguard, 7mm caliber rifle, bearing serial number VS290777,

158.   One New England, Model SSI Sporter, .22 caliber rifle, bearing serial number NN293985,

159.   One Remington, Model 870, 12 gauge shotgun receiver/frame, bearing serial number B066546M,

160.   One Savage, Model 11, .300 caliber rifle, bearing serial number G714039,

161.   One Weatherby, Model Vanguard, 7mm-08 caliber rifle, bearing serial number VS377213,

162.   Nineteen thousand four hundred and twenty-five (19,425) assorted brand, 12 gauge rounds of ammunition,

163.   Three thousand two hundred and seventy-five (3,275) assorted brand, 10 gauge rounds of ammunition,

164.   One thousand six hundred and ninety (1,690) assorted brand, 20 gauge rounds of ammunition,

165.   Seven hundred and five (705) assorted brand, 16 gauge rounds of ammunition,

166.   Six hundred and forty (640) assorted brand, .270 caliber rounds of ammunition,

167.   One thousand two hundred and fifty (1,250) assorted brand, .300 caliber rounds of ammunition,

168.   Two hundred and sixty (260) assorted brand, 30-06 caliber rounds of ammunition,

169.   Three hundred assorted brand, .762 caliber rounds of ammunition,

170.   Three hundred and sixty (360) assorted brand, .257 caliber rounds of ammunition,

171.   Six thousand three hundred and forty (6,340) assorted brand, .22 caliber rounds of ammunition,

172.   Nine hundred and twenty (920) assorted brand, 7mm caliber rounds of ammunition,

173.   Three hundred and forty (340) assorted brand, .308 caliber rounds of ammunition,

174.   Four hundred (400) assorted brand, 30-378 caliber rounds of ammunition, and

175.   Eight thousand three hundred and forty-seven (8,347) assorted brand, assorted caliber rounds of ammunition.